```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____  August 3, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
ERIC CURTIS,                          :
                                      :
                    Plaintiff,        :      21 Civ. 5166 (VM)
                                      :
        - against -                   :          **ORDER**
                                      :
CORONET INC.,                         :      **REQUEST FOR STATUS UPDATE**
                                      :
                    Defendant.        :
--------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    Upon review of the Docket Sheet of this case, the Court notes
that an affidavit of service was filed on June 21, 2021 averring that
the defendant was served on June 18, 2021, and an answer was due on
July 9, 2021. To date, no response from the defendant has been filed,
and no other communication has been received by the Court.
Accordingly, it is hereby

    **ORDERED** that the parties are directed to inform the Court within
five (5) days of the date of this Order concerning the status of this
litigation.

**SO ORDERED.**

Dated:      New York, New York
            3 August 2021

                                        _____
                                               Victor Marrero
                                                  U.S.D.J.